

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELIZABETH MARTIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-340-A |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR REPLEADING

The above-captioned action is before the court by reason of notice of removal filed by defendant, Allstate Texas Lloyds. Plaintiff, Elizabeth Martin, initiated this action by the filing of an original petition in the 67th Judicial District Court of Tarrant County, Texas. Now that the action has been removed to this court, the court is ordering that plaintiff and defendant file amended pleadings consistent with the pleading requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Northern District of Texas, the undersigned's standing order signed July 15, 2015, and the judge-specific requirements of the undersigned.[1]

Therefore,

The court ORDERS that by June 27, 2016, plaintiff file an amended pleading to be titled "Plaintiff's Amended Complaint" in

---

[1] The judge-specific requirements are found on the Northern District of Texas website; particular requirements with regard to the signing and filing of documents are found in the form status report order available at http://www.txnd.uscourts.gov/sites/default/files/documents/McBrydeStatusReportOrder.pdf.

compliance with the pleading requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Northern District of Texas, and the judge-specific requirements of the undersigned, and that by July 7, 2016, defendant file an answer or other response to such Plaintiff's Amended Complaint in compliance with the requirements of the Federal Rules of Civil Procedure and Local Civil Rules of the United States District Court for the Northern District of Texas, and the judge-specific requirements of the undersigned.

The court further ORDERS that failure of any party to comply with this order may result in the imposition of sanctions, up to and including dismissal of plaintiff's claims or granting of a default judgment, as appropriate, without further notice.

SIGNED June 16, 2016.

_____
JOHN McBRYDE
United States District Judge