U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 7 2016

CLERK, U.S. DISTRICT COURT
by _____
   Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELIZABETH MARTIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-340-A |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference/hearing with counsel for plaintiff and counsel for defendant on the line, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff, Elizabeth Martin, against defendant, Allstate Texas Lloyds, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the costs of court and attorney's fees incurred by such party.

SIGNED September 7, 2016.

_____
JOHN McBRYDE
United States District Judge